

# MANDATE

# The Fourteenth Court of Appeals

## NO. 14-13-00873-CV

The Kroger Co., Appellant

v.

Christopher Milanes, Appellee

Appealed from the 129th District Court of Harris County. (Tr. Ct. No. 2011-44685). Opinion delivered by Justice Busby. Justices Jamison and Brown also participating.

**TO THE 129TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before our Court of Appeals on July 30, 2015, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

This cause, an appeal from the judgment in favor of appellee, Christopher Milanes, signed July 8, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, The Kroger Co., to pay all costs incurred in this appeal.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**WITNESS**, the Hon. Kem Thompson Frost, Chief Justice of our Fourteenth Court of Appeals, with the Seal thereof affixed, at the City of Houston, October 19, 2015.

**CHRISTOPHER A. PRINE, CLERK**